Request for THE ISSUANCE OF THE Writ OF, habeas Corpus 11.07: PURSUANT TO: ART. 4.04. Sec. (1.) OF THE Texas Codes OF Criminal Procedures: (12-CR-1981-W2

CAUSE NO#

Dear Honorable Judge; OF THE Court of Criminal APPeals;

my NAME is michAel O. Lopez; my T.D.C.J.#/822698,          82,275-03

I AM writing TO THE Court OF Criminal APPeals TO respectFully, – – request FOR THE Honorable Judge oF SAid Court, TO GIVE Their, Power-ANd-Authority (PURSUANT TO:) ART. 4.04. Section (1.) OF THE Texas Codes OF Criminal procedures; ANd Order THE, ISSUANCe OF These documents, TO THE Court OF, — Criminal APPeals:

1.) The APPliCATion OF Writ OF habeas Corpus 11.07,
2.) ANY ANSwers ANd MoTions Filed;
3.) And ANY oTher MATTers used by The ConviCTing Court IN, Resolving Issue OF FACTs:

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 08 2015
Abel Acosta, Clerk.

HonorAble Judge; OF THE Court oF Criminal APPeals;

These records Are required ANd Needed by Your Court TO ACT, ON MY writ oF habeas Corpus 11.07:

I would grately APPreciate your professioNAl ANd Common, Courtesy oN responding To my Correspondence ANd request, for THE Transmittal OF These documents TO THE Court, OF Criminal APPeals (PURSUANT TO.) ART. 4.04. Sec. (1.) OF THe Texas Codes OF Criminal procedures; THANK you.

respectFully submiTTed,
Michael Omar Lopez

T.D.C.#/822698

DATed: Oct. 5, 2015

CAUSE NO.# 12-CR-1981-W2